PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00511-04** |
| ) | |
| **Norma Jean ARREDONDO** ) | |
| ) | |

On June 12, 2006, the above-named was sentenced to 10 months custody with 3 years supervised release to follow, which commenced on March 8, 2007.  Norma Jean Arredondo has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Casey Horner, Sr.

**CASEY HORNER, SR.
Senior United States Probation Officer**

Dated:      February 25, 2009
                Modesto, California
                CKH:lr

**REVIEWED BY:**      /s/ Deborah A. Spencer
                **DEBORAH A. SPENCER
                Supervising United States Probation Officer**

Attachment:    Recommendation
cc:      United States Attorney's Office
          FLU Unit, AUSA's Office
          Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **Norma Jean ARREDONDO**
    **Docket Number:   1:05CR00511-04**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the Norma Jean Arredondo be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   March 2, 2009**            /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE